# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>AEL Financial, LLC, an Illinois limited liability company<br><br>v.<br><br>Larry E. Lippel, an individual, and Joanne Lippel, an individual | Case Number:<br><br>**FILED: MAY 01, 2008**<br>**08CV2491    AEE**<br>**JUDGE PALLMEYER**<br>**MAGISTRATE JUDGE MASON** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>Brian Ira Tanenbaum | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Brian Ira Tanenbaum | |
| FIRM<br>The Law Offices of Brian Ira Tanenbaum, Ltd. | |
| STREET ADDRESS<br>2970 Maria Avenue, Suite 207 | |
| CITY/STATE/ZIP<br>Northbrook, IL  60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6181447 | TELEPHONE NUMBER<br>847-562-1636 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |