## United States District Court for the Northern District of Illinois

Case Number: 08CV2491                    Assigned/Issued By: J. N.

Judge Name: PALLMEYER              Designated Magistrate Judge: MASON

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00       [ ] $5.00
                [ ] IFP          [ ] No Fee       [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                            Receipt #: 2742809

Date Payment Rec'd: 5-1-08                  Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                                 [ ] Alias Summons

[ ] Third Party Summons                     [ ] Lis Pendens

[ ] Non Wage Garnishment Summons            [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons      _____
                                            _____
                                            (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

2 Original and 0 copies on 5-1-08 as to ALL DEFENDANTS
                              (Date)

---

C:\wpwin80\docket\feeinfo.frm        03/14/05