IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**
JUN 23 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AEL FINANCIAL, LLC, AN ILLINOIS
LIMITED LIABILITY COMPANY,

    PLAINTIFF,

VS.

LARRY E. LIPPEL, AN INDIVIDUAL
AND JOANNE LIPPEL, AN INDIVIDUAL,

    DEFENDANTS.

CASE NO.: 08-CV-2491
ASSIGNED JUDGE: PALLMEYER
DESIGNATED
MAGISTRATE JUDGE: MASON

## ANSWER TO COMPLAINT

Defendants, Larry E. Lippel and Joanne Lippel, hereby file this Answer to Complaint and state as follows:

### NATURE OF ACTION

1. Denied.

### THE PARTIES

2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.

### JURISDICTION AND VENUE

6. Admitted for jurisdictional purposes only.
7. Admitted for jurisdictional purposes only.
8. Admitted for jurisdictional purposes only.

### THE GUARANTY

9. Admitted.
10. Admitted.
11. Admitted.
12. Admitted.
13. Denied.

14. Denied.
15. Denied.
16. Denied.
17. Without and therefore denied.

### CAUSE OF ACTION - BREACH OF GUARANTY

18. Defendants reallege their responses to each and every allegations et forth in about paragraphs 1 through 17 as though fully stated herein.
19. Admitted.
20. Denied.
21. Without knowledge and therefore denied.
22. Denied.
23. Denied.
24. Denied.
25. Denied.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via US Mail on ___June 16th___, 2008, to John A. Benson, Jr., Esq., The Law Offices of Brian Ira Tanenbaum, Ltd., 2970 Maria Ave., Suite 207, Northbrook, IL 60062.


_____          _____
LARRY E. LIPPEL                                    JOANNE LIPPEL