# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 08CV2491

Plaintiff:
AEL FINANCIAL, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY
vs.
Defendant:
LARRY E. LIPPEL, AN INDIVIDUAL AND JOANNE LIPPEL, AN INDIVIDUAL

For: John Benson, Jr.

Received by GIETZEN & ASSOCIATES on the 20th day of May, 2008 at 3:20 pm to be served on Joanne Lippel, 23428 Wickens Avenue, Port Charlotte, FL 33980. I, Chad Cook, being duly sworn, depose and say that on the 21 day of May, 20 08 at 8:44 P.m., executed service by delivering a true copy of the SUMMONS IN A CIVIL CASE, COMPLAINT WITH EXHIBITS in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving LARRY LIPPEL as HER HUSBAND

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or (X) No   If yes, what branch? _____

Marital Status: (X) Married or ( ) Single   Name of Spouse LARRY LIPPEL

COMMENTS: _____

I certify that I have no interest in the above action, that I am atleast 18 years of age and have proper authority in the jurisdiction in which this service was made.

STATE OF FLORIDA
COUNTY OF CHARLOTTE

Subscribed and Sworn to before me on the 31 day of May, 200_ by the affiant who is personally known to me.

NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

GIETZEN & ASSOCIATES
1302 North Marion Street
Tampa, FL 33602
(813) 223-3233

Our Job Serial Number: 2008002284

Copyright © 1992-2000 Database Services, Inc. - Process Server's Toolbox V6.2h