# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 08CV2491

Plaintiff:
**AEL FINANCIAL, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY**
vs.
Defendant:
**LARRY E. LIPPEL, AN INDIVIDUAL AND JOANNE LIPPEL, AN INDIVIDUAL**

For: John Benson, Jr.

Received by GIETZEN & ASSOCIATES on the 20th day of May, 2008 at 3:40 pm to be served on Larry E. Lippel, 23428 Wickens Avenue, Port Charlotte, FL 33980. I, __CHAD COOK__, being duly sworn, depose and say that on the __29__ day of __MAY__, 20__08__ at __8:44__ a.m., executed service by delivering a true copy of the SUMMONS IN A CIVIL CASE, COMPLAINT WITH EXHIBITS in accordance with state statutes in the manner marked below:

[X] INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) POSTED SERVICE: After attempting service on __/__ at ____ and on __/__ at ____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or (X) No    If yes, what branch? _____

Marital Status: (X) Married or ( ) Single    Name of Spouse __JoAnne Lippel__

COMMENTS: _____

I certify that I have no interest in the above action, that I am atleast 18 years of age and have proper authority in the jurisdiction in which this service was made.

STATE OF FLORIDA
COUNTY OF CHARLOTTE

Subscribed and Sworn to before me on the __31__ day of __MAY__, 20__08__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_(signature)_

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**GIETZEN & ASSOCIATES**
1302 North Marion Street
Tampa, FL 33602
(813) 223-3233

Our Job Serial Number: 2008002285

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2n