## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AEL FINANCIAL, LLC, an Illinois limited liability company | ) ) ) | |
| | ) | Case No. 08 CV 2491 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge: Pallmeyer |
| LARRY E. LIPPEL, an individual and JOANNE LIPPEL, an individual | ) ) | Magistrate Judge: Mason |
| Defendants. | ) ) | |

### REPORT OF PARTIES PLANNING MEETING

1.     MEETING.

At this time, a planning meeting has not been held between the parties to this lawsuit. No attorney appearance has been filed on behalf of the Defendants and further, it appears that Defendants are proceeding pro se before this Court. As such, Plaintiff's counsel attempted to contact the Defendants, who are residents and citizens of the state of Florida, through a letter to inform them of the Fed. R. Civ. P. 26(f) requirement imposed by the Court; however, to date, the Defendants have not contacted Plaintiff's counsel to discuss the planning meeting or this report. Therefore, the following is a depiction of how Plaintiff envisions this case proceeding.

2.     PRE-TRIAL SCHEDULE.

a. Discovery will be needed on the following subjects: Limited discovery as to the amount of damages sought under the personal guaranties executed by the Defendants and any defenses raised by Defendants. (Defendants have already acknowledged that they executed the Guaranty.)

b.  Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by Monday, August 11, 2008. All discovery to be commenced in time to be completed by Monday, October 13, 2008.

c.  Plaintiff expects that it will need to take approximately two (2) depositions.

d.  Reports from retained by experts under Rule 26(a)(2): None from Plaintiff.

e.  Parties should be allowed to join additional parties and to amend the pleadings: Not applicable to Plaintiff.

f.  All potentially dispositive motions should be filed by Tuesday, November 11, 2008.

g.  Final pretrial order: Plaintiff to prepare proposed draft by Thursday, December 11, 2008; parties to file joint pretrial order by Monday, January 12, 2009.

h.  The case should be ready for trial by Monday, January 12, 2009 and the trial is expected to take no more than three (3) hours.

3.  SETTLEMENT.

At this time, Plaintiff has not made a written settlement demand to the Defendants. The lessee whom Plaintiff leased certain equipment, the leases of which were personally guaranteed by Defendants, is expected to assign the leases to a third party. This third party is expected to bring the leases current within the next twenty-one (21) days. In the event the leases are brought current, Plaintiff will likely dismiss this lawsuit without prejudice.

4.  CONSENT.

Plaintiff does not consent to proceed before a Magistrate Judge at this time.

Dated: July 10, 2008                    Respectfully submitted,

                                        AEL FINANCIAL, LLC, an Illinois limited
                                        liability company


                                        By: /s/ John A. Benson, Jr.
                                        One of its Attorneys




Brian Ira Tanenbaum, Esq. (IL Bar No. 6181447)
John A. Benson, Jr., Esq. (IL Bar No. 6289042)
Attorneys for Plaintiff
The Law Offices of Brian Ira Tanenbaum, Ltd.
2970 Maria Avenue, Suite 207
Northbrook, IL 60062
Telephone: 847-562-1636
Facsimile: 847-562-1637