# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2491 | **DATE** | 8/13/2008 |
| **CASE TITLE** | AEL Financial, LLC vs. Larry E. Lippel, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/13/2008. On Plaintiff's oral motion, the above cause is dismissed without prejudice. Civil case terminated.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|